EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 5 2004

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR04 00355 SOM |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. § 669] |
| RADINE KAWAHINE KAMAKEA-OHELO, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNTS 1-8

At all times relevant to this Indictment:

1.  The Waimanalo Health Center (hereinafter "WHC") was a facility offering various medical services to the community of Waimanalo, located in Honolulu, Hawaii, and was a "health care

benefit program" as that term is defined in Title 18, United States Code, Section 24(b).

2. The defendant RADINE KAWAHINE KAMAKEA-OHELO was one of the co-founders of WHC in 1988.

3. The defendant RADINE KAWAHINE KAMAKEA-OHELO was employed in various capacities at WHC and eventually became the Executive Director of that organization in 1992.

4. The defendant RADINE KAWAHINE KAMAKEA-OHELO embezzled money, approximately $40,000 from WHC, as charged in Counts 1-93, through a number of different methods. The methods used by the defendant included:

(a) The defendant RADINE KAWAHINE KAMAKEA-OHELO received reimbursement of expenses that were charged on a WHC credit card, which were also paid by WHC to the credit card company, resulting in a double payment by WHC for a single expense.

(b) The defendant RADINE KAWAHINE KAMAKEA-OHELO received payments by check from WHC for personal expenses that she falsely presented to WHC for reimbursement as business-related expense.

(c) The defendant RADINE KAWAHINE KAMAKEA-OHELO made personal charges, totally unrelated to WHC, on two separate WHC credit cards which were then paid by WHC.

(d) The defendant RADINE KAWAHINE KAMAKEA-OHELO requested and received payment from WHC for personal expenses she charged to her own personal charge card.

5. On or about the dates set forth below, in the District of Hawaii and elsewhere, defendant RADINE KAWAHINE KAMAKEA-OHELO did knowingly and willfully embezzle, steal, and otherwise without authority convert to the use of any person other than the rightful owner and intentionally misapplied the money of a health care benefit program, that is, the Waimanalo Health Center, with each act of embezzlement in excess of $100 and constituting a separate count of this Indictment, in that defendant RADINE KAWAHINE KAMAKEA-OHELO received reimbursement of expenses that were charged on a WHC credit card, which were also paid by WHC to the credit card company, resulting in a double payment by WHC for a single expense:

| Count | Date       | Amount   | Credit Card Payee                |
|-------|------------|----------|----------------------------------|
| 1     | 6/2000     | $103.38  | Kimoz Family Restaurant          |
| 2     | 1/2001     | $107.00  | Wah Dah Company (Los Angeles)    |
| 3     | 4/5/2001   | $110.02  | Captain's Wharf (San Francisco)  |
| 4     | 8/26/2001  | $141.13  | Cinnamon's                       |
| 5     | 9/2001     | $134.88  | Saeng's Thai Cuisine             |
| 6     | 11/24/2001 | $186.33  | Island Wear                      |
| 7     | 12/20/2001 | $339.32  | Island Wear                      |
| 8     | 1/24/2002  | $235.68  | Morton's of Chicago (Ala Moana)  |

All in violation of Title 18, United States Code, Section 669.

## COUNTS 9-24

6. Paragraphs 1 through 4 are re-alleged and incorporated by reference, as if fully set forth herein.

7. On or about the dates set forth below, in the District of Hawaii and elsewhere, defendant RADINE KAWAHINE KAMAKEA-OHELO did knowingly and willfully embezzle, steal, and otherwise without authority convert to the use of any person other than the rightful owner and intentionally misapplied the money of a health care benefit program, that is, the Waimanalo Health Center, with each act of embezzlement in excess of $100 and constituting a separate count of this Indictment, in that defendant RADINE KAWAHINE KAMAKEA-OHELO received payments by check from WHC for personal expenses that she falsely presented to WHC for reimbursement as business-related expense:

| Count | Date | Total Amount | Payee |
|---|---|---|---|
| 9 | 3/21/2000 | Total: $1,743.75<br>Personal: $775.00 | Defendant for Per Diem DC & Florida trip (3/23/00-4/3/00) |
| 10 | 4/30/2000 | $139.51 | Dai'ei |
| 11 | 8/21/2000 | $145.75 | Island Wear |
| 12 | 9/7/2000 | $118.67 | The Sports Authority |
| 13 | 6/17/2000 | $178.39 | Avenue (AZ) |
| 14 | 6/18/2000 | $130.02 | Brass Armadillo Phoenix |
| 15 | 6/18/2000 | $279.57 | Catherine's (Arizona) |

| Count | Date | Total Amount | Payee |
|---|---|---|---|
| 16 | 6/20/2000 | $190.81 | Casual Male Big & Tall |
| 17 | 6/20/2000 | $193.50 | Pier 1 Imports |
| 18 | 6/21/2000 | $321.00 | Beads Galore (Tempe, AZ) |
| 19 | 11/2/2000 | Total: $2,286.25<br>Personal: $775.00 | Per Diem WN - FL trip (11/6/00 - 11/20/00) |
| 20 | 11/15/2000 | $157.03 | Kmart |
| 21 | 11/16/2000 | $127.33 | Burlington Coat Factory (Prince Williams, VA) |
| 22 | 11/24/2000 | $254.16 | 7-Eleven |
| 23 | 3/19/2001 | Total: $2,635.00<br>Personal: $775.00 | Defendant for Per Diem WN, FLA, SF trip (3/22/01 - 4/8/01) |
| 24 | 1/18/2002 | $200.00 | Department of Hawaiian Home Lands |

All in violation of Title 18, United States Code, Section 669.

## COUNTS 25-86

8. Paragraphs 1 through 4 are re-alleged and incorporated by reference, as if fully set forth herein.

9. On or about the dates set forth below, in the District of Hawaii and elsewhere, defendant RADINE KAWAHINE KAMAKEA-OHELO did knowingly and willfully embezzle, steal, and otherwise without authority convert to the use of any person other than the rightful owner and intentionally misapplied the money of a health care benefit program, that is, the Waimanalo Health Center, with each act of embezzlement in excess of $100

and constituting a separate count of this Indictment, in that defendant RADINE KAWAHINE KAMAKEA-OHELO made personal charges, totally unrelated to WHC, on two separate WHC credit cards which were then paid by WHC:

| Count | Date | Total Charged | Payee |
|---|---|---|---|
| 25 | 12/1/1999 | $470.30 | GEICO |
| 26 | 12/12/1999 | $735.54 | China House |
| 27 | 4/2/2000 | $413.00 | Avis Rent A Car (Tallahassee, FL) |
| 28 | 4/14/2000 | $101.41 | The Museum Company |
| 29 | 6/1/2000 | $621.30 | GEICO |
| 30 | 6/19/2000 | $704.31 | Catherines (Mesa) |
| 31 | 6/22/2000 | $406.00 | Scottsdale Bead Supply |
| 32 | 7/15/2000 | $437.50 | Heaven on Earth |
| 33 | 9/3/2000 | $650.76 | Sams |
| 34 | 10/14/2000 | $108.06 | Kmart |
| 35 | 10/14/2000 | $205.39 | Kmart |
| 36 | 11/12/2000 | $467.18 | Kmart (Tallahassee) |
| 37 | 11/16/2000 | $456.34 | Avis Rent A Car (Tallahassee) |
| 38 | 11/26/2000 | $433.19 | Kmart |
| 39 | 12/1/2000 | $482.10 | GEICO |
| 40 | 12/23/2000 | $648.08 | Kmart |
| 41 | 12/30/2000 | $102.02 | Suncoast |
| 42 | 3/10/2001 | $464.58 | Liberty House |
| 43 | 3/18/2001 | $160.81 | Blockbuster Video |
| 44 | 3/20/2001 | $269.61 | Island Wear |
| 45 | 3/31/2001 | $490.59 | Catherines (Tallahassee) |

| Count | Date | Total Charged | Payee |
|---|---|---|---|
| 46 | 4/3/2001 | $121.59 | Barnes & Noble |
| 47 | 4/4/2001 | $426.91 | Avis Rent A Car (Tallahassee) |
| 48 | 4/10/2001 | $458.85 | Carparts.com |
| 49 | 5/12/2001 | $100.00 | Nail Studio |
| 50 | 5/25/2001 | $505.89 | CR Newton |
| 51 | 5/31/2001 | $118.06 | Hilo Hattie Fashions |
| 52 | 6/8/2001 | $577.93 | Dai'ei |
| 53 | 6/14/2001 | $677.60 | GEICO |
| 54 | 9/7/2001 | $246.61 | CR Newton |
| 55 | 12/6/2001 | $828.10 | Sears Roebuck |
| 56 | 12/6/2001 | $1,512.46 | Sears Roebuck |
| 57 | 12/7/2001 | $484.22 | GEICO |
| 58 | 12/7/2001 | $903.90 | GEICO |
| 59 | 12/9/2001 | $734.24 | Toys R Us |
| 60 | 1/5/2002 | $515.41 | Toys R Us |
| 61 | 1/28/2002 | $229.69 | Global Village |
| 62 | 2/14/2002 | $1,560.41 | Pan Pacific Laser Eye Institute |
| 63 | 2/23/2002 | $841.89 | Union 76 |
| 64 | 3/12/2002 | $494.12 | Sears Roebuck |
| 65 | 3/21/2002 | $241.94 | WM Supercenter (Tallahassee) |
| 66 | 3/22/2002 | $144.84 | Tiffin Furniture (East Point, FL) |
| 67 | 3/22/2002 | $110.52 | Simon Sez Seafood (East Point, FL) |
| 68 | 3/24/2002 | $938.30 | Wal-Mart (Tallahassee) |
| 69 | 3/24/2002 | $153.94 | Wal-Mart (Tallahassee) |
| 70 | 3/26/2002 | $433.55 | Avis Rent A Car (Tallahassee) |

| Count | Date | Total Charged | Payee |
|---|---|---|---|
| 71 | 4/6/2002 | $432.82 | Union 76 |
| 72 | 5/17/2002 | $987.94 | Union 76 |
| 73 | 6/18/2002 | $543.00 | GEICO |
| 74 | 6/18/2002 | $957.40 | GEICO |
| 75 | 7/12/2002 | $193.97 | Global Village |
| 76 | 7/18/2002 | $137.24 | CR Newton |
| 77 | 7/22/2002 | $463.36 | Island Wear |
| 78 | 8/7/2002 | $100.47 | Global Village |
| 79 | 8/23/2002 | $699.60 | WM Supercenter (Tallahassee) |
| 80 | 8/25/2002 | $198.23 | WM Supercenter (Tallahassee) |
| 81 | 8/25/2002 | $159.28 | Finish Line (Tallahassee) |
| 82 | 8/26/2002 | $398.79 | WM Supercenter (Tallahassee) |
| 83 | 8/28/2002 | $454.08 | Sears (Tallahassee) |
| 84 | 8/31/2002 | $593.30 | Avis Rent A Car (Tallahassee) |
| 85 | 10/21/2002 | $456.69 | Union 76 |
| 86 | 11/25/2002 | $113.59 | Imperial Tailors |

All in violation of Title 18, United States Code, Section 669.

### COUNTS 87-93

10. Paragraphs 1 through 4 and 6 re-alleged and incorporated by reference, as if fully set forth herein.

11. On or about the dates set forth below, in the District of Hawaii and elsewhere, defendant RADINE KAWAHINE KAMAKEA-OHELO did knowingly and willfully embezzle, steal, and

otherwise without authority convert to the use of any person other than the rightful owner and intentionally misapplied the money of a health care benefit program, that is, the Waimanalo Health Center, with each act of embezzlement in excess of $100 and constituting a separate count of this Indictment, in that defendant RADINE KAWAHINE KAMAKEA-OHELO requested and received payment from WHC for personal expenses she charged to her own personal charge card:

| Count | Date | Total Charged | Payee |
| --- | --- | --- | --- |
| 87 | 12/7/2000 | $124.98 | Defendant's credit card for Radio Shack |
| 88 | 3/5/2001 | $240.42 | Defendant's credit card for Dai'ei |
| 89 | 8/5/2001 | $342.29 | Defendant's credit card for Ross Store |
| 90 | 11/4/2001 | $177.57 | Defendant's credit card for Sears Auto Center |
| 91 | 4/28/2002 | $116.34 | Defendant's credit card for Shima's Market |
| 92 | 8/25/2002 | $193.23 | Defendant's credit card for Wal-Mart (Tallahassee, FL) |
| 93 | 8/25/2002 | $129.99 | Defendant's credit card for Old Navy (Tallahassee, FL) |

All in violation of Title 18, United States Code, Section 669.

SENTENCING ALLEGATIONS

1. With respect to each count of the Indictment, defendant RADINE KAWAHINE KAMAKEA-OHELO:

    (a) the defendant was responsible for illegally obtaining in excess of $70,000 of the monies of Waimanalo Health Center;

    (b) the defendant abused her position of public and private trust in a manner that significantly facilitated the commission and concealment of the offense;

    (c) the offense involved more than minimal planning.

DATED: SEP 1 5 2004, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

United States v. Radine Kawahine Kamakea-Ohelo
Cr. No. _____
"Indictment"

10