EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00355SOM |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE |
| vs. | ) | OF SERVICE |
| | ) | |
| RADINE KAWAHINE KAMAKEA-OHELO, | ) | Date:  February 21, 2006 |
| | ) | Time:  2:15 p.m. |
| Defendant. | ) | Judge: Susan Oki Mollway |

GOVERNMENT'S SENTENCING STATEMENT

The United States, by and through its attorney, the United States Attorney for the District of Hawaii, hereby states that it has no objection and/or clarifications to make to the draft Presentence Investigation Report dated December 22, 2005.

DATED:  Honolulu, Hawaii, January 9, 2006.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>
>By /s/ Leslie E. Osborne, Jr.
>   LESLIE E. OSBORNE, JR.
>   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

**Served by First Class Mail:**

Jeffrey T. Arakaki, Esq.               January 9, 2006
Century Square
1188 Bishop Street, Suite 1604
Honolulu, HI 96813

**Served by hand-delivery:**

Malia Eversole                          January 9, 2006
Senior U.S. Probation Officer
300 Ala Moana Blvd., Rm. C-110
Honolulu, Hawaii 96850

DATED:  Honolulu, Hawaii, January 9, 2006.

/s/ Gloria Parker