JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813
Telephone: 531-5517

Attorney for Defendant
RADINE KAWAHINE KAMAKEA-OHELO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00355SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANT RADINE KAMAKEA-OHELO'S |
| vs. | ) | SENTENCING STATEMENT; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| RADINE KAWAHINE | ) | Date: February 21, 2006. |
| KAMAKEA-OHELO, | ) | Time: 2:15 P.M. |
| | ) | Judge: SUSAN OKI MOLLWAY |
| Defendant. | ) | |
| | ) | |

DEFENDANT RADINE KAMAKEA-OHELO'S SENTENCING STATEMENT

After review of the draft presentence report, DEFENDANT RADINE KAMAKEA-OHELO, by and through her counsel, files the following statement in response said draft presentence report proposed by United States Probation Officer Malia Eversole.

As to the report in general, Ms. Kamakea-Ohelo believes it fairly and accurately represents the various matters addressed and accordingly has no objection to same.

However, as to the discussion regarding Paragraph 17 of The Offense Conduct, Ms. Kamakea-Ohelo represents that the second sentence should read, "WHC provides health

care for patients covered by Medicare, Medicaid, private insurance and uninsured." She also indicates that the final sentence of that paragraph should read, "In addition, WHC is considered a 'health care benefit program" because it provides medical services to individuals."

In Paragraph 18, Ms. Kamakea-Ohelo relates that a more accurate description of her actions requires the deletion of the phrase "along with a form that requested reimbursement" following the statement, "When the defendant needed reimbursement for an expense, she submitted the store receipt and/or the credit card receipt."

Furthermore she feels the phrase "that appeared personal in nature for places" in the which is included in the sentence "Investigators noted a number of expenses such as clothing stores, drug stores, department stores, shoe stores, toy stores, restaurants, supermarkets pet stores, automotive care centers, movie theaters, pharmacies, gas stations, tailors, car rental agencies, American Automobile Association (AAA), mail centers, car insurance providers, bead stores, and a laser eye center" is gratuitous and should be deleted.

As to Paragraph 23 Ms. Kamakea-Ohelo represents that the particular charge to Heaven on Earth which occurred on July 15, 2000, arose after she and staff were initially scheduled to go to the massage parlor to test that product to see if the massage services could be used at the Health Center in their alternative medicine program.

Regarding Paragraph 30, Ms. Kamakea-Ohelo only wants to state that from 2001, she did not receive reimbursement for mileage.

In Paragraph 33 Ms. Kamakea-Ohelo represents that the third sentence would be more

-2-

accurate if it read, "In this regard, she maintained that she had discussions with another health center director who used health center credit cares for personal expenses and reimbursed the center."

As to the Victim Impact discussion and Paragraph 37, Ms. Kamakea-Ohelo believes that the estimate of embezzlement by the executive director was clearly exaggerated. (See Paragraph 44)

Finally, as to OFFENDER CHARACTERISTICS under the discussion regarding Personal and Family Data, Ms. Kamakea-Ohelo indicates that it would be more accurate to state that "her mother died in 1991 from causes unknown" rather than "ovarian cancer."

Also as to Paragraph 64, Ms. Kamakea-Ohelo says she had 5 children and not 4 children with Clyde Ohelo and that Ryan, who is 29 years old is an offspring from another relationship. the 5th child with Clyde Ohelo was their daughter Oheloula who was hanai'd to Frank Hewitt (See Paragraph 65).

Ms. Kamakea-Ohelo respectfully asks this Honorable Court to consider her Motion For Downward which will be filed in her behalf.

Ms. Kamakea-Ohelo regrets her misconduct.

Finally, Ms. Kamakea-Ohelo asks the Court to consider the letters of support from which are attached.

DATED: Honolulu, Hawaii, January 25, 2006.

_____
JEFFREY T. ARAKAKI
Attorney for Radine Kamakea-Ohelo

-3-