Date:      December 24, 2005
Re:        Radine Kawahine Kamakea-Ohelo
Case #:    0400355SOM

To Whom It May Concern:

Having practiced internal medicine with The Honolulu Medical Group for thirty years and having had the experience of being The Group's president and chairman of the board, I was able to retire in 1993 because of age and years of practice criterion for retirement having been met. Later in 1993 I affiliated with The Waimanalo Health Center and became acquainted with Kawahine Kamakea-Ohelo who was the chief executive officer of the center. Within a year of being with the health center, I was not only practicing internal medicine on a full-time basis but also fulfilling the responsibilities of medical director. Kawahine Kamakea-Ohelo and I therefore were in daily contact and functioned as a team regarding the growth, development, and direction being taken by the health center.

With the founding of the health center, Kawahine provided work opportunities for Waimanalo residents who needed employment and who desperately needed incomes for survival. On-the-job training was provided. This endeavor was successful. Every employee learned his or her work responsibilities well and performed respective work descriptions effectively. The health center became rapidly Waimanalo's biggest employer.

From the time of conception, Kawahine was dedicated to the needs of the medically underserved population of Oahu and from the beginning, developed very effective outreach programs not only for Waimanalo but for all of Windward Oahu. The homeless, underinsured, and people who do not take advantage of medical services available were targeted. When weather was stormy, Kawahine opened the public areas of the health center so that the homeless could have shelter. There was always hot coffee, cocoa, and something to eat provided for these people spending the night. The agreement was that by 8:00 a.m. on any working day, everyone spending the night would have vacated the public areas leaving the areas clean and tidy. This was always a successful working relationship.

The Waimanalo Health Center grew very rapidly under Kawahine's guidance. Besides pediatrics, adult medicine, obstetrics/gynecology, family planning, and social services, preventative medicine programs, alternative medicine (Hawaiian), nutrition, and diabetes collaborative programs were added. Within each department complete quality care was provided. Because of the health center's established reputation, clientele were coming to the health center from as far way as Waianae and the North Shore on Oahu. During the time of Kawahine's tenure, the Waimanalo Health Center was a leading example of successful health care delivery to the community. Regardless of the pace of growth and development of the center, Kawahine remained dedicated to providing complete and quality medical and social services care for the Waimanalo and Windward Oahu communities with additional effort being made to reach medically underserved people.



Unfortunately, with the rapid forward growth and expansion of the health center, a significant number of employees were unable or did not improve their work skills and capabilities at the same pace. This was true particularly of the accounting department. The marked shortcomings of this department, unknown to Kawahine because there is a comptroller in charge of the department, became apparent when investigations were in progress after Kawahine was relieved of her responsibilities as chief executive officer (I was appointed interim CEO during this time). Had the accounting department been operating efficiently and effectively and had it been monitored properly, the financial complications that Kawahine experienced could not have occurred.

During my professional working relationship with Kawahine Kamakea-Ohelo, I found her always to be a sincere, honest, and caring person good to her word. She is kind and gives of herself freely and generously. She is also a self-taught achiever who is motivated, well-focused, and goal-oriented. Her accomplishments have been significant as measured by the growth and development of the Waimanalo Health Center and related community health programs. A major lesson that Kawahine has learned is that when rapid progress is being achieved one needs always to be cognizant and confident that support staff are keeping abreast of the progress that is being made and performing their respective work responsibilities as required.

Sincerely,

Charman J. Akina, M.D.