**Dr. Paul Ka`ikena Pearsall**
Adjunct Clinical Professor
University of Hawai`i at Manoa
P.O. Box 26356
Honolulu, Hawaii  96825
808 394 8724 * Fax:  808 396 0043
kaikena@hawaii.rr.com

December 31, 2005

Re:  R. Kawahine Kamakea-Ohelo
Case # 04-00355SOM

To Whom It May Concern:

Ms. Kawahine Kamakea-Ohelo has requested a character reference for her pre-sentencing report for her Case # 04-00355SOM.

I have known Ms. Kamakea-Ohelo for more than seven years.  I first met her during several events with Kuhai Halau O Kawaikapuokalani Pa Olapa Kahiko and at various meetings and community events related to this halau and health care in the Hawaiian community.  She has always shown great and sincere concern for the health and welfare of Hawaiians, the residents of Hawaii Nei, and for perpetuating the Hawaiian culture as a source of unique wisdom in health and healing. I also met her during my tenure as a member of the clinical board for Ai Kupele, a Hawaiian health program at the Waimanalo Health Center. She was highly supportive of that unique program and its attempt to offer culturally based approaches to preventing disease and dealing with the stresses and illnesses that particularly plague Hawaiians.  She was very committed to issues she felt could be of practical and immediate help to those in the community who may be reluctant to or otherwise not receive health education and treatment.

During all of my meetings with Ms. Kamakea-Oheo, she has conveyed a sincere caring for others, for learning about ways in which ancient Hawaiian teachings might be applied to modern life, and a commitment to honoring the Hawaiian culture.  While I am not familiar with her administrative training and skills or the specifics of her legal situation, I hope that the court will see the value in Ms. Kamake-Oheo's interest and long experience in community health and perhaps make use of this unique ability and commitment as it considers a constructive more than punitive sentence.  Perhaps some type of community work in the area of health education and most particularly Hawaiian health issues could be considered.

If you have any questions in this important matter, please do not hesitate to contact me.

Sincerely,


Paul K. Pearsall, Ph. D.
PKP:km