January 4, 2006

Honorable Judge Susan Oki Mollway  
Hawaii Federal District Court

Re: R. Kawahine Kamakea-Ohelo  
Case Number 04-00355SOM

I have known Kawahine Kamakea-Ohelo over the past fifteen years.

She has been proactive within the community to make things positive for Hawaiian families; most recently dealing with health and wellness concerns.

She has been a devoted wife to her husband and a caring mother of her children.

During my association with Kawahine, I have observed her deep passion and involvement in bettering herself, her family and the community she resides in, Waimanalo.

Kawahine has been working on her spiritual program and I believe that with this spiritual devotion and moral guidance, she can continue to contribute to her family and society in general.

I ask the courts consideration in providing leniency to Kawahine Kamakea-Ohelo, a woman of integrity and an asset to the community.

'Oia 'i 'o (Sincerely),

*Genevieve Kaanoi, MSW*

Mrs. Genevieve Kaanoi, MSW  
Assistant Unit Manager – Koʻolau Poko Unit

Queen Liliʻuokalani Children's Center  
Waimanalo Satellite Office  
41-245 ʻIlauhole Street  
Waimanalo, HI 96795  
Phone 426-1300