

# QUEEN LILI'UOKALANI CHILDREN'S CENTER
## LILI'UOKALANI TRUST

January 6, 2006

**MAIN OFFICE**
1300 HALONA STREET
HONOLULU, HI 96817
PHONE 847-1302
FAX 841-0502

**HONOLULU UNIT**
1300-A HALONA STREET
HONOLULU, HI 96817
PHONE 847-7991
FAX 841-6449

**CENTRAL WEST UNIT**
94-216 FARRINGTON HIGHWAY
SUITE A-2
WAIPAHU, HI 96797
PHONE 676-5070
FAX 676-5613

**KO'OLAUPOKO UNIT**
46-316 HAIKU ROAD
KĀNE'OHE, HI 96744
PHONE 235-7613
FAX 236-1948

**WAI'ANAE COAST UNIT**
87-1876 FARRINGTON HIGHWAY
WAI'ANAE, HI 96792
PHONE 668-2314
FAX 668-8811

**WINDWARD UNIT**
53-516 KAMEHAMEHA HIGHWAY
HAU'ULA, HI 96717
PHONE 293-8577
FAX 293-5182

**HILO UNIT**
919 ULULANI STREET
HILO, HI 96720
PHONE 935-9381
FAX 969-7599

**KONA UNIT**
QUEEN KA'AHUMANU HIGHWAY
P.O. BOX 2819
KAILUA-KONA, HI 96745
PHONE 329-7336
FAX 326-7587

**MOLOKA'I UNIT**
KAMEHAMEHA HIGHWAY
P.O. BOX 55
KAUNAKAKAI, HI 96748
PHONE 553-5369
FAX 553-5816

**MAUI UNIT**
1791 WILI PA LOOP
WAILUKU, HI 96793
PHONE 242-8888
FAX 242-1576

**KAUA'I UNIT**
4530 KALI ROAD
LIHU'E, HI 96766
PHONE 245-1873
FAX 245-2167

Judge Susan Oki Mollway
Hawaii Federal District Court
Honolulu, Hawaii

Re. R. Kawahine Kamakea-Ohelo Case Number 04-00355SOM

The Honorable Judge Mollway;

I am writing to you in support of Kawahine Kamakea-Ohelo. I have known Kawahine for over 25 personally and professionally. As a young woman, I recall her as a passionately committed person, concerned about the conditions of her native peoples. We originally met through our involvement in the Protect Kaho'olawe 'Ohana.

In later years, this concern and commitment translated into her pioneering community health work along with beloved Kupuna Lilia Hale. This resulted in the establishment of the Waimanalo Health Center, which received much federal and private funding support as a model of community-based health care. This model lives on today as a legacy of these people's vision.

I know Kawahine to be a loving, devoted mother, daughter and family person, always concerned and reaching out to help community.

We are not perfect. In my 36 years as both a professional social worker and a member of the amorphous "movement for social justice", I have found how fallible we are and that some of the grace of life comes from understanding this, forgiving, and thereby better appreciating when we are able to rise to the occasion.

I have also found people who come from the grassroots, unlike those of us trained in regulations, are challenged when put into positions of administrative responsibility to see as clearly the black and white of situations.

Kawahine admitted to her guilt. She was wrong. Her wrongness hurts us all, as we struggle for self-determination. But she is definitely not deserving of incarceration. She has already been served a humbling experience.

Please allow her to do community service, especially in consideration of her extensive responsibilities as a parent.

If I may be of any further assistance, feel free to contact me.

Sincerely Yours,

Gwen E. Kim, ACSW
Windward Unit Manager