62 'Iwalani Street
Hilo, Hawai'i 96720
808-271-2263

January 9, 2006

To:    Honorable Judge Susan Oki Mollway,

Re:    Case number #04-00355SOM

Aloha,

I am writing in support of R. Kawahine Kamakea-Ohelo as she appears before the court for sentencing. While I have known Kawahine for over 15 years, more intimately during the past 6 years.

My close familiarity with Kawahine is as a mother and grandmother of children attending Ke Kula 'o Kamakau Laboratory Public Charter School where I served as Principal. During this time, there were also had numerous occasions where I worked with Kawahine in her capacity as the Director of the Waimānalo Health Center.

As the matriarch of her family, I have been genuinely impressed by Kawahine's innate wisdom, her inner strength, and her unwavering efforts to provide a strong foundation of emotional and spiritual support for her family. Her devotion to her children and grandchildren is consistently evident in all that she undertakes. Kawahine has been an active participant in her children's education and well-being. At Ke Kula 'o Kamakau, Kawahine attended language and culture classes, participated in committees, and helped to provide for the growing program through volunteering generous hours of cleaning and upkeep of facilities.

As the Director of the Waimānalo Health Center, there was a incredible amount of progress made which based on her vision and hard work. It is evident that Kawahine has worked endlessly for the betterment of the community. Kawahine was effective in promoting the health-related needs of Native Hawaiians as evident in her organizing comprehensive services, workshops and conferences. In all of my dealings with Kawahine, her innovative ideas were expressed and many came to fruition due to her passion and determination.

Kawahine is a strong individual, firm in her values and convictions, and yet humble enough to admit when wrong and ask forgiveness. As she comes before you for sentencing, relying on the wisdom and justice of the court, please consider community service and probation as an appropriate consequence to Kawahine's guilty plea.

Me ka 'oia'i'o,

*Makalapua Ka'awa*
Makalapua Ka'awa