**ANTHONY KAWENA MANN, MSW**
P.O. BOX 5241
KANEOHE, HI 96744
(808)236-8314, (808)381-2096

January 10, 2006

To: Whom it may concern,

This letter is to express my positive support for Kawahine Kamakea-Ohelo. I was an employee at Waimanalo Health Center for 5-years from 1997-2001. Prior to my employment, I was an undergraduate student studying accounting at Chaminade University and owned an Auto Detailing and Tinting business in Waipahu. I did not have experience in community health prior to working for Kawahine and the Waimanalo Health Center.

In October of 1997, after receiving a phone call from Kawaikapu Hewett, Cultural Health Director, I drove to the health center for an interview. A woman, whom I did not know at the time, greeted me in the parking lot in true Hawaiian fashion with a *kahea*, call out, and a *honi*, kiss. This was Kawahine.

Through the course of my employment, my fondest admiration grew for her undying genuineness, sincerity, and kindness. I would learn early that Kawahine was more than an Executive Director; she was a community leader, a family person, and a positive role model.

During Kawahine's employment, the health center taught employees *`ike aku `ike mai,* it is right to acknowledge the source of knowledge. Kawahine is a source and a visionary that knows how to motivate people, as evidence by employees aligning themselves with her vision to achieve a common goal. Kawahine lovingly placed her heart and soul into growing the health center with programs that truly benefited the community, e.g. the Watershed Project, Waimanalo Teen Force, Ku I Ka Mana, and Ai Kupele. These programs reflected her perspective that health is holistic.

I continue to reminisce about my days as Kawahine's employee at the Waimanalo Health Center. I recall those days learning how to give freely to those in need without expecting anything in return. I am truly thankful for Kawahine as she encouraged me to pursue my Social Work degree at University of Hawaii. I know I carry her love for people in the work I do with my clients. For this I am truly appreciative to Kawahine.

In closing, I hope you are able to ascertain what others and I know about Kawahine. If you desire to know more about Kawahine, please feel free to contact me at (w) 236-8314.

Me ke aloha,

*Kawena Mann*

Kawena Mann, MSW
Clinical Social Worker