January 10, 2006

Hi, my name is Christopher Quimpo, and in my 7th year being employed at the Waimanalo Health Center. I've been a Receptionist/Front Office Clerk since October 1999. I first started off as temporary part-time, after 6 months I became permanent part-time in April 2000. Later around May 1, 2001, I was finally hired permanent full-time with benefits. I had to wait for the full time position to open, and I stayed on course even though I had to work with 4 consecutive co-workers in the Reception area who eventually left the full time reception/clerk position for other jobs or transferred to another department. I feel privileged to know that I earned this position through diligence and determination to improve my life.

I first met Kawahine Kamakea-Ohelo back in 1993 when my Mom started work at WHC. I was a freshman at Kailua High School at that time. I played Junior Varsity Football and graduated in 1997.

After graduating from Kailua High, I was undecided about my future. I had a hard time looking for a job. We didn't have a car at that time, so I used to walk my Mom to and from her job at WHC through sun, wind, rain, or storm. My Dad's health is bad and he couldn't walk the distance. I wanted to make sure my Mom was safe going to and from work.

Knowing a person like Kawahine, she has helped others, who had a hard time finding jobs, including myself. She understands people. She saw a lot in me, she saw that I was a good person, and helpful to others. She offered me a hand by hiring me as the first male receptionist, and many people enjoy seeing me because it's unusual for a guy to be in my position. Her idea worked and till today, I enjoy my job.

I'm still at WHC, I've been successful all these years and Kawahine is the reason because if she didn't give me the opportunity to work, I don't know where I would be today. I'll continue to do my best at WHC for the community of Waimanalo and the patients that have been coming to us for health care services.

Kawahine is one of those people that I know who inspired my life, to do my best! So much so, that in my spare time I am a member of the Guardian Angels in Hawaii. My group's organization originated in New York, and the local chapter started in Hawaii in May 2004. I was the 3rd member to be recruited in Hawaii.

Finally, there were great times at WHC and we'll continue on, as we serve the people. I don't recall any bad times between myself and Kawahine. To be honest, I will never forget a person like her who influenced my life for the better, because having this job really helps me to take care of myself and help my family!!! ☺

_____
Christopher Quimpo