January 14, 2006


Honorable Judge Susan Mollway
Hawaii Federal District Court
300 Ala Moana Blvd.
Honolulu, Hawaii


Re: Case #0400355SOM

Honorable Judge Mollway:

My name is Deane I. Hatakeyama.  I am a physician providing primary
health care services to the poor and medically indigent at the Waimanalo
Health Center.  I am writing in support of Radine Kawahine Kamakea-
Ohelo who I have known since coming to work for the Health Center more
than eight years ago.

For as long as I have known her, Kawahine has always impressed me with
her vision and her sincere dedication to improving the plight of the
homeless, the medically underserved, the marginalized people in her
Community.  The very existence today of the Waimanalo Health Center is a
testament to the hard work and personal sacrifices this woman has made for
the sake of the Health Center and the people it served.  Kawahine's
leadership and vision of what the Health Center could be to the Community
and to the World was inspiring.  Her leadership gave those of us toiling 'in
the trenches' day after day the sense of being a part of something important
that made our frequently challenging jobs endurable.

I am not familiar with all the details of the specifications against her.  What
I am sure of is that Kawahine did not act out of malice.  She is one of the
most generous and 'big hearted' people that I have ever met.  What she may
have lacked in management skills she more than made up for in 'Aloha'.
Given what I have learned about her character in the time that I have known
her, it does not surprise me that she now accepts the sole responsibility for
the mismanagement of Health Center funds, in which the incompetence and
dereliction of her subordinates appears to have played no small part.  If
there was something that she is clearly guilty of, it is that she trusted and

relied on people who apparently couldn't be trusted or relied upon to do their jobs.

I am respectfully asking the Court to show leniency toward Radine Kawahine Kamakea-Ohelo when it considers the sentence it will impose upon her. I am asking that the Court take into consideration Kawahine's long history of Community service and advocacy and the many lives that have benefited from her good works. I am asking that the Court consider that she alone has accepted responsibility for her part in the mismanagement of Health Center funds. I am hopeful that the Court will also take into account that Kawahine is a single parent of minor children when it decides on the term and location of her sentence.

I thank the Court for its consideration.

Sincerely,

Deane I. Hatakeyama, M.D.