January 17, 2006

United States District Court
300 Ala Moana Blvd.
Honolulu, HI 96850
Attn: Presiding District Judge

RE: Pre-Sentencing Hearing regarding Radine Kawahine Kamakea-Ohelo, Defendant

Dear Sir/Madam:

I am writing in reference to Radine Kawahine Kamakea-Ohelo and her pre-sentencing hearing which will be held in January, 2006.

I have know Ms. Kamakea-Ohelo both professionally and personally since 1994 when she was the Executive Director at the Waimanalo Health Center (WHC). Ms. Kamakea-Ohelo has always been very passionate about helping others and dedicated her life to improving the health and wellness of the people in the Waimanalo Community.

I understand that she pleaded guilty to "financial mismanagement" during her employment as the Executive Director at WHC, and accused of utilizing WHC monies for her own personal use. However, to some degree, I feel that she was just as much a victim and is not solely responsible for the situation "spiraling" out of control. Please allow me to explain.

First of all, I understand that Ms. Kamakea-Ohelo was under the impression that the expenses she were incurring were being carefully monitored by the WHC's financial personnel. In other words, that she was, "in good faith," having all expenses classified as business and/or personal expenses, and that personal expenses were then being deducted from her monthly paychecks by the accountant and/or bookkeeper.

I'm under the impression that Ms. Kamakea-Ohelo was not given any written statements on a daily or monthly basis which provided her a clear, itemized picture on the amounts that she had spent and the amounts that were being deducted from her salary.

If the standards of accounting were found not to be adequate, wasn't it the responsibility of WHC's Chief Financial Officer and his staff to question the amounts and/or reason for purchase and direct his/her concerns directly to the Executive Director or the Board's Finance Committee? Also, why were these discrepancies not brought up to the board at the board meetings? Why were these errors not discovered for a period of six (6) years if the theft allegedly began in 1997?

United States District Court
Presiding District Judge
Pre-Sentencing Hearing regarding Radine Kawahine Kamakea-Ohelo, Defendant
Page two
January 17, 2006

Second, it is my understanding that there were no concrete policy and procedures provided to Ms. Kamakea-Ohelo from the WHC Board of Directors which outlined specifically the type of expenese were allowable when she utilized the agency's credit card, nor a specified maximum amount allowable per purchase as outlined and approved by the Board of Directors.

Thirdly, Ms. Kamakea-Ohelo did not consciously use monies to purchase "big ticket" items or create a "Nest Egg" for herself or her family, but rather used the monies to provide them with mostly staples such as food, shelter and clothing. Granted, at times her spending was out of control, but again, I'm under the impression that Ms. Kamakea-Ohelo thought those expenses were being deducted from her salary by the finance department and was not flagged for disapproval by the Board of Directors.

Ms. Kamakea-Ohelo's family will be devastated by her absence in the home when she is incarcerated. She has had major problems with her ex-husband and practically raised her children with the help and support of one of her eldest daughters, Pamai, who will have to look after the family when Ms. Kamakea-Ohelo is gone.

Ms. Kamakea-Ohelo is not a violent individual; very kind, warm and full of the aloha spirit. Please give her the utmost consideration when reviewing the parameters of her case and deciding on the time she will have to serve for her mistakes. Ms. Kamakea-Ohelo feels remorse about the whole situation and would like to redeem herself by giving something back to the community.

If provided the opportunity in the future, I'm confident Ms. Kamakea-Ohelo will continue her goal of helping the people of Hawaii, especially the underserved in Waimanalo.

Thank you for your time and consideration.

Respectfully,

*[signature]*

Renee Sambueno
1202 Pua Lane, Apt. 10
Honolulu, HI 96817