January 19, 2006

Federal Court Judge
Federal Courthouse
Prince Jonah Kuhio Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96813

**RE: Pre-Sentencing Support Letter for
Radine Kawahine Kamakea**

To Whom It May Concern:

Aloha mai kakou. My name is Greig E. Gaspar and I had the privilege to have worked at the Waimanalo Health Center from July 1996 to July 2004, first as Adolescent Heath Coordinator and then as Marketing Specialist.

I am writing in strong support of Radine Kawahine Kamakea, who was the Executive Director of the Waimanalo Health Center (WHC). She was more than our boss; she had vision, believed in her staff, and worked very hard to make sure that WHC followed its mission and vision of the community at large. She included us as part of her ohana (family). She was my mentor that trained me in being a positive Native Hawaiian and to be proud of my "hawaiianess". Everything she did was culturally appropriate, in value and culture beliefs. It was her training that made the difference as I am an Executive Director, today.

At the same time, I do not sanction any crime that was committed; however, I believe that there is much more than just a crime being committed. According to the Region IX's independent auditor, Bill Garrow's report. It could not identify the funds in question, was it federal, state, or center funds that were spend. He stated that the wrong done was tri-fold with the Board of Director, the Finance Director and the Executive Director to share the blame for over spending and having no policies on the books. My question has always been why only one person should have to carry the entire responsibility. When the audit showed more than one person involved.

It is the above reasons that I ask the court to be very lenient and compassionate in sentencing Mrs. Radine Kawahine Kamakea. Please weight the fact that within 10 years running the health center, those more good programs and projects were created and completed for the community of Waimanalo and the entire Ko'olaupoko and Ko'olauloa mokus (districts) of the Windward Oahu coastline. All of those outreach or people project were part of her vision. My hope is that one day; I will be able to be a visionary like her.

Again I ask the court to be lenient in settling this matter.

Malama pono, a hui hou.

'o wau no me ka ha'aha'a,

Greig E. Gaspar
2032 Kilakila Drive
Honolulu, Hawaii 96817