<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly hand delivered to the following:

LESLIE OSBORNE, JR., ESQ.
Assistant United States Attorney
Rm. 6-100, 300 Ala Moana Blvd.
Honolulu, HI 96850


MALIA EVERSOLE
U.S. Probation Officer
U.S. Courthouse, Room C-110
300 Ala Moana Blvd.
Honolulu, Hawaii

DATED: Honolulu, Hawaii, _____Jan 27_____, 2006.

_____
JEFFREY ARAKAKI