ORIGINAL

JEFFREY T. ARAKAKI  4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813
Telephone: 531-5517

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 6 2006

at __4__ o'clock and ____ min __ M
SUE BEITIA, CLERK

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00355SOM-01 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION FOR DOWNWARD |
| | ) | DEPARTURE; DECLARATION OF |
| | ) | COUNSEL; MEMORANDUM IN |
| | ) | SUPPORT OF MOTION; |
| RADINE KAWAHINE | ) | CERTIFICATE OF SERVICE |
| KAMAKEA-OHELO, | ) | |
| | ) | Sentencing Date: February 21, 2006 |
| Defendant. | ) | Time of Hearing: 2:15 p.m. |
| | ) | Judge: Honorable Susan Oki Mollway |
| | ) | |
| | ) | UNDER SEAL |

MOTION FOR DOWNWARD DEPARTURE

COMES NOW the defendant, Radine Kamakea-Ohelo, by and through her court-appointed counsel, Jeffrey Arakaki, and moves this Honorable Court to depart downward from the sentencing range indicated in the relevant Presentence Investigation Report to a sentence that is sufficient but not greater than necessary" to address the issues of punishment, deterrence, and rehabilitation.

This motion is made pursuant to the United States Sentencing Guidelines Section 5K2.0, the Declaration of Counsel, the Memorandum in Support of Motion, and the information contained in the presentence investigation report.

DATED: Honolulu, Hawaii, February 15, 2006.

_____
JEFFREY ARAKAKI
Attorney for Defendant
RADINE KAMAKEA-OHELO