CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served by hand delivery or mailed first class to the following:

Assistant United States Attorney
Leslie E. Osborne, Jr.
Room 6100, 300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Attorney for Plaintiff
United States of America

Malia Eversole
Senior U.S. Probation Officer
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, February ____, 2006

JEFFREY ARAKAKI